# UNITED STATES DISTRICT COURT

for the

Eastern Districti of New York

| | |
|---|---|
| David M Trotman Jr. | )<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. CV-18-2481 JFB |
| Dr.Jay Bock et al | )<br>)<br>)<br>)<br>) |
| *Defendant(s)* | ) |

**FILED**
**CLERK**

7/2/2018 2:51 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Dr. Jay Bock c/o Suffolk County Dept of Health Services 3500 Sunrise Highway Suite 124 Great River NY 11739; Dr. Max Minnerod c/o Suffolk County Dept of Health Services 3500 Sunrise Highway Suite 124 Great River NY 11739; R.N. Jessica Lennon c/o Suffolk County Dept of Health Services 3500 Sunrise Highway Suite 124 Great River NY 11739; Suffolk County Attorney notice only - H. Lee Dennison Building 100 Veterans Memorial Highway Hauppauge NY 11788

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: David M Trotman Jr. #733220 Pro Se
Suffolk County Correctional Facility
110 Center Drive
Riverhead, NY 11901

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/02/2018

S/ Jean Bollbach
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. CV-18-2481 JFB

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: