UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DAVID M. TROTMAN,

                 Plaintiff,

    -against-

DR. JACK BOCK, DR. MAX MINNEROP,
R.N. JESSICA LENNON,
                 Defendants.
-----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 20 2018 ★

LONG ISLAND OFFICE

ORDER
18-CV-02481 (JFB) (SIL)

JOSEPH F. BIANCO, District Judge:

On April 19, 2018, *pro se* plaintiff David M. Trotman filed a complaint in this Court against Dr. Jay Bock, Dr. Max Minnerop, and R.N. Jessica Lennon (collectively, "defendants").

Plaintiff's complaint did not identify where the events alleged occurred, stating only that the events took place at an unidentified hospital. On October 25, 2018 this Court issued an order (ECF No. 20) that plaintiff provide the Court with the name of the medical facility at which the alleged events occurred so that service can properly be effected on defendants by United States Marshals Service.

On November 13, 2018, plaintiff filed a motion to compel (ECF No. 21). In this motion, plaintiff identified Southampton Hospital, at 240 Meeting House Lane, Southampton, NY 11968, as the location of the alleged events.[1]

IT IS HEREBY ORDERED that the United States Marshals Service effectuate service of the defendants at the above address.

Additionally, it appears as though plaintiff's address has changed. Accordingly, plaintiff shall complete the enclosed change of address form in order to update his address for the Court.

---

[1] This motion was denied by Magistrate Judge Steven I. Locke on November 19, 2018.

SO ORDERED.

/s/ Joseph Bianco
JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

Dated: November 20, 2018
      Central Islip, New York