# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NEW YORK

**Douglas C Palmer**
Clerk of Court

**Brenna Mahoney**
Chief Deputy

**Carol McMahon**
Chief Deputy



**Theodore Roosevelt Federal Courthouse**
**Emanuel Cellar Federal Courthouse**
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 613-2270

**Alfonse D'Amato Federal Courthouse**
100 Federal Plaza
Central Islip, NY 11722
(718) 613-2270

January 18, 2019

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT

★ JAN 18 2019

LONG ISLAND OFFICE

David M. Trotman, Jr. (#18-A-4180)
Five Points Correctional Facility
State Route 96
P.O. Box 119
Romulus, NY 14541

Re: 18-CV-2180(JFB)(SIL), 18-CV-2481(JFB)(SIL), 18-CV-2711(JFB)(SIL) and 18-CV-3577(JFB)(SIL)

Dear Mr. Trotman:

Pursuant to your letter dated January 14, 2019, received by the Court on January 17, 2019, please find the enclosed docket sheets for each of the above-referenced actions. Each docket sheet includes all filings to date.

Additionally, you requested that we exchange the *Pro Se* Manual that was provided to you for the Eastern District Manual. Please be advised that this manual is a joint manual used by both the Southern and Eastern Districts of New York.

Lastly, you requested that we provide you with the total amount owed for each of your actions. To obtain this information, please contact the EDNY Financial Department located in the Brooklyn Courthouse. Alternatively, you may inquire with the prison directly.

Please contact the Pro Se Office if you require further assistance.

Sincerely,

J. Grady
Pro Se Office
100 Federal Plaza
Central Islip, NY 11722
(631) 712-6060

Enc.
Copy mailed to litigant 1/18/19