DAVID MICHAEL TROTMAN JR - PROSE

_Plaintiff_

U.S. DISTRICT COURT EASTERN DISTRICT OF N.Y.

DISTRICT JUDGE JOSEPH F. BIANCO

MAGISTRATE JUDGE STEVEN I. LOCKE

DOCKET #'S: CV-2180 + CV-2481 + CV-2711 + CV-3517

DATE: FEBRUARY 18TH 2019

ON JANUARY 30TH 2019 PLAINTIFF DAVID TROTMAN JR WAS INFORMED

BY JUDGE LOCKE TO CONFIRM LOCATION AFTER TELE PHONE

STATUS CONFERENCE SO DEFENDANTS COUNSEL CAN EXCHANGE

INFORMATION REGARDING RULES 26 TO BEGIN A DISCOVERY SCHEDULE.

PLAINTIFFS CURRENT LOCATION AND FULL MAILING ADDRESS IS STATED BELOW:

MARCY CORRECTIONAL FACILITY
BOX 3600
MARCY, NEW YORK 13403

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 22 2019 ★

LONG ISLAND OFFICE

**RECEIVED**

FEB 22 2019

**EDNY PRO SE OFFICE**

MY BAD DAD.

STEVEN I. LOCKE *2.16.2019*
UNITED STATES MAGISTRATE JUDGE
100 FEDERAL PLAZA
CENTRAL ISLIP, NY 11722

*CUBE VISION*
*CHANNEL HALLE BERRY*
*EATING NEPTUNE SALAD DRIVING A STEAM ROLLER

OFFICIAL BUSINESS

*CHURCH CHURCH IMA POPPOP

MARY MARY

*SHOULDA SAID GO TO CHURCH TO MEET
MARY FROM YONKERS*

A *619 slauson slauson
Z *90036 slauson
9th circuit *THOSE GURLS HUSBANDS
CAN BE MAD NIGGAZ PLAYING KINGS

CONTRA *MY APOLOGIES

Riker's Dope Flow *May '17
MAKE THE DUMB BITCH LEAVE YOUR DUMB ASS WITH THE STROLLER
YELL NIGGIZ JUST YUNG HOVAS
ALL I GOTTA DO IS STAY SOBER

PEN A HIT  Geo BAG OPRAH

KICC STEDMAN OUT MY CRIB
KICC STEDMAN OUT MY CRIB
KICC STEDMAN OUT MY CRIB
KICC STEDMAN OUT MY CRIB
Q   KICC STEDMAN OUT MY CRIB
KICC STEDMAN OUT MY CRIB

KICC STEDMAN OUT MY CRIB
KICC STEDMAN OUT MY CRIB
KICC STEDMAN OUT MY CRIB
KICC STEDMAN OUT MY CRIB
KICC STEDMAN OUT MY CRIB
KICC STEDMAN OUT MY CRIB
KICC STEDMAN OUT MY CRIB

KICC STEDMAN OUT MY CRIB

David Muneri Trotman, Jr

CALIFORNIAN
3RD STRIKE

MY NIGGA BUT IF SHE CROSS
THAT LINE* GAME OVER*
THAT PUSSY MINE* THINGS A
LIL DIFFERENT THIS
TIME* THATS

A 50 LINE*

Baby

4 President

Not kill every living
I'm heaven sent "people" irrelevent
I'm proof of intelligence

Extra terestrial versus "pestilence"

Marcy Correctional Facility
P.O. Box 3600
Marcy, NY 13403-3600

WHY YOU THINK THE GRIZZLIES MOVE
REMEMBER BUCK  REMEMBER THE DENTIST  REMEMBER ME

MARCY CORRECTIONAL FACILITY
28  TENNESSEE

Witch 1?

MEET...

Cookie

*TEN-TEN BAILEY
Irvin Hagen St.
Lowe  East Elmhurst NY 11370
Ford E.M.TC PENA

CAM STILL SAY I'M SVCKA FREE
M.A. STILL A LUXURY (SORRY BABY)

C-76   DIPSET

KIN BELLA TOES ***

SELENA
LOS
DIDS

QUEEN LATIFAH
KERI C

Tara Halle  RIRI

Sanaa KeKe  ONIKA

May Moore

Chymbnique *DEAN
MOSALE Her TABOR
DELARSA

KINDA PIEC
UP LINE
IS THAT!

I'M IN THE STREETS RUNNING DOWN
FULLY LOADED EXTENDO

NEOPOST
02/12/2019
US POSTAGE $001.15
ZIP 11722
041L11255300

FIRST-CLASS MAIL

I'M CHAISING "PEACE" WITH SERIOUSLY

ONE WAY

RECEIVED
FEB 19 2019

Jan 23rd WHILE FREESTYLING AT FIVE POINTS
1⁴ "THEY" IN WISCONSIN PLAYING NINTENDO

When you send your letter be sure to put it in a fully addressed, stamped envelope.

Parole Violation Unit- PVU
7116 County Route 132
PO Box 303
Willard NY, 14588

ORC Wenderlich

CC: Guidance File

WHILE AT FIVE POINTS.

**MARCY CORRECTIONAL FACILITY**
BOX 3600
MARCY, N.Y. 13403-3600
NAME: DAVID Thurman Jr.          DIN: 18 A 4160

LEGAL MAIL

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  FEB 22 2019  ★

LONG ISLAND OFFICE

NEOPOST
02/20/2019
US POSTAGE $000.50⁰
ZIP 13403
041L11259879
Marcy
Correctional Facility

AlFonse D' AMoTo Federal CourtHouse
100 Federal Plaza
Central Isle, NY 11722
C/o CLERK'S OFFICE

USMS