UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
DAVID M. TROTMAN,

        Plaintiff,

  -against-

DR. JACK BOCK, DR. MAX MINNEROP,
R.N. JESSICA LENNON,
        Defendants.
---------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 10 2019 ★

LONG ISLAND OFFICE

ORDER
18-CV-02481 (JFB) (SIL)

JOSEPH F. BIANCO, District Judge:

  Considering the costs associated with service by the U.S. Marshals Service and the fact that Southampton Hospital has declined to accept service for Dr. Jay Brock, Dr. Max Minnerop, and Jessica Lennon, R.N., at their place of employment, the Court requests that counsel for Southampton Hospital file a letter on or before April 23, 2019 indicating whether these individuals will waive service by the U.S. Marshals Service or accept service at the Hospital. If they do not agree to waive service, counsel is requested to file a letter on or before that date providing addresses to the Court and to Plaintiff where each individual defendant can be served. The Clerk of the Court is directed to mail a copy of this Order to the *pro se* plaintiff and to Southampton Hospital and file proof of service on ECF.

           SO ORDERED.

           S/ JOSEPH F BIANCO

           JOSEPH F. BIANCO
           UNITED STATES DISTRICT JUDGE

Dated: April 10, 2019
   Central Islip, New York