ONIKA WANT ME TO KEEP HER/
KETTORAH LOOK LIKE THE KEEPER/
I DONT GOT NO TYPE ABOUT TO WRITE A ETHER/
BAGGING ALL THESE BITCHES NIGGAS PLAYED OUT LIKE A BEEPER/
DID I MENTION I'M LEAVING ONIKA *
Speestin* ALL YOU HO'S C IS SNEAKERS/

RUNNIN DOWN longitude Latitude*
BURNING MAPLE LEAVES I'M ABOUT TO GET RUDE/
I'M THE TREE YALL GAY WOOD DUDE/
MY YUNG GURL IN HER OLD GURL MOOD/

JEWELRY DRIPPING LITERALLY SHREDDER VERSUS SPLINTER*
HOW THE FUCK I FALL I'M LIVING IN WINTER/
KILL DRAKE AND FLOYD WIT A HOOK I AM THE STAPLES CENTER/
GLOVES ON KILLING A LOVE SONG/
MASK ON YALL CANT SEE I'M WRONG/

DEAD RIGHT THATS HOW I LEFT/

# UNITED STATES DISTRICT COURT

FOR THE

# EASTERN DISTRICT OF NEW YORK

**Douglas C Palmer**
Clerk of Court

**Brenna B. Mahoney**
Chief Deputy and Counsel to the Clerk

**Carol McMahon**
Chief Deputy

**Theodore Roosevelt Federal Courthouse**
**Emanuel Cellar Federal Courthouse**
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 613-2270

**Alfonse D'Amato Federal Courthouse**
100 Federal Plaza
Central Islip, NY 11722
(631) 712-6030

# NOTICE

LB Document 35-1 Filed 07/10/19

Lazy

I'M TESTAVERDE WIT THE IETS HAT

Indian *

Thug

wait
Control
your
hate*

1
W LB
C 6 3
6

you
Aint
Riding
in
them
Sixes

LB Document 35-1 Filed 07/10/19

I'm Lazy

Testaverde wit the Jets hat!

Indian*

Thug

wait
Control
your
hate
you
aint
Riding
in
them
Sixes
1
6
3
6
W
C
LB

LB Document 35-1 Filed 07/10/19

Lazy II

I'm Testaverde wit the Jets hat!

Indian Thug

want* Control your hate *

1
6
W 3
C 6
LB

your aint Riding in them Sixes

Halle
berry
JELLY
APPLE
WINSTON

Maya

M. Moore
Atlanta
for UConn
for the Lynx